# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BEAU D. JAMMES,**

    **Plaintiff,**

v.                                                                                                                   Case No. 23-CV-911

**OFFICER MCCORD,**

    **Defendant.**

## ORDER

On March 4, 2024, *pro se* plaintiff Beau D. Jammes filed a motion for summary judgment. (ECF No. 28.) Per Civil Local Rule 56(b)(2), the defendant had until April 4, 2024 to file a response. To date, the court has not received a response from the defendant.

The court will give the defendant one final opportunity to either respond to the defendants' summary judgment motion or file a motion to file a combined response and summary judgment motion by the dispositive motion deadline of May 22, 2024. If the defendant fails to file a response to Jammes' motion or file a motion requesting permission to file a combined response and summary judgment motion, the court will accept all facts asserted by Jammes as undisputed and resolve the motion.

**IT IS THEREFORE ORDERED** that by **May 10, 2024**, the defendant must either file a response to Jammes' motion or file a motion requesting permission to file a combined response and summary judgment motion. Failure to do either by that date will result in the court accepting all facts asserted by Jammes as undisputed.

Dated at Milwaukee, Wisconsin this 15th day of April, 2024.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge

2