UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BEAU D. JAMMES,

    Plaintiff,

v.                                                Case No. 23-CV-911

OFFICER MCCORD,

    Defendant.

## ORDER

On May 22, 2024, the defendant filed a motion for summary judgment on the merits. (ECF No 37.) Per Civil Local Rule 56(b)(2) and a Notice and Order dated May 23, 2024, (ECF No. 42), *pro se* plaintiff Beau D. Jammes had until June 21, 2024, to respond to the defendant's motion. The court cautioned Jammes that if he did not file a response by this deadline, the court would construe the motion as unopposed and the facts offered by the defendant as undisputed, likely resulting in the court granting the defendant's motion.

On May 28, 2024, Jammes updated his address. Because of his recent move, the court will give Jammes one more opportunity to either respond to the defendant's summary judgment motion or file a letter explaining why he is unable to do so. If Jammes fails to file a response to the defendant's motion or filing an explanation why

he is unable to do so, the court will construe the facts as undisputed and likely grant summary judgment in favor of the defendant and dismiss the case.

**IT IS THEREFORE ORDERED** that by **August 7, 2024**, Jammes must either file a response to the defendant's motion for summary judgment or file an explanation as to why he is unable to do so. Failure to do so will result in the court accepting the defendant's facts as undisputed.

Dated at Milwaukee, Wisconsin this 8th day of July, 2024.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge

2

Case 2:23-cv-00911-NJ   Filed 07/08/24   Page 2 of 2   Document 45